# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN QUEZADA,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner Of Social Security,<br>　　　　Defendant. | Case No.: 5:16-cv-01013-JFW-KS<br><br>[PROPOSED] ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **FOUR THOUSAND DOLLARS** ($4,000.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: June 29, 2017

　　　　　　　　　　　　　　　　　　　　　_Karen L. Stevenson_
　　　　　　　　　　　　　　　　　　　　　HON. KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge